LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD, IV, SBN 212970
**LAW OFFICES OF LYNN HUBBARD**
12 WILLIAMSBURG LANE
CHICO, CA. 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorney for Plaintiff
ROBERT DODSON

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DODSON,<br><br>  Plaintiff,<br><br>  vs.<br><br>THE PEPBOYS MANNY MOE & JACK OF CALIFORNIA,<br><br>  Defendant. | CIV.S 05-0919 GEB GGH<br><br>**Plaintiff's Request to Continue the Status Conference and [Proposed] Order Thereon**<br><br>Date:  July 11, 2005<br>Time:  9:00 a.m.<br>Ctrm:  10 |

Dodson v. Pep Boys, et al., CIV.S 05-0919 GEB GGH
**Plaintiff's Request to Continue the Status Conference**
Page 1

1    Plaintiff hereby requests that the date for the status conference be
2 continued to August 15, 2005, or in the alternative, a date convenient for the
3 court. Plaintiff makes this request based on the fact that defendant, THE PEP
4 BOYS MANNY MOE & JACK OF CALIFORNIA, has been served in this
5 action, but has not yet appeared. Defendant's answer to the complaint is due
6 on or before June 27, 2005. Plaintiff feels that if the status conference is
7 continued it would allow defendant ample time to appear in this action.
8    Therefore, plaintiff respectively submits that it would be counter
9 productive to file a status report or hold a status conference at this time.

Dated:  June ___, 2005	LAW OFFICES OF LYNN HUBBARD

	____/s/_____
	SCOTTLYNN J HUBBARD, IV
	Attorney for Plaintiff
	ROBERT DODSON

**ORDER**

**IT IS HEREBY ORDERED** that the status conference be to August 22, 2005 at 9:00 a.m. with the joint status report to be filed fourteen (14) days prior to the conference.

DATED:  June 20, 2005

	      /s/ Garland E. Burrell, Jr.      
	GARLAND E. BURRELL, JR.
	 United States District Judge

Dodson v. Pep Boys, et al., CIV.S 05-0919 GEB GGH
Plaintiff's Request to Continue the Status Conference
Page 2