IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT DODSON, | ) | 2:05-cv-0919-GEB-GGH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | ORDER RE SETTLEMENT |
| v. | ) | AND DISPOSITION |
| | ) | |
| THE PEPBOYS MANNY MOE & JACK OF CALIFORNIA, | ) ) | |
| | ) | |
| Defendant. | ) | |

On September 14, 2005, Plaintiff filed a Notice of Settlement stating this action has settled. The parties have until 4:30 p.m. on October 14, 2005, to either file a document dismissing this action or to lodge a proposed order which could effect dismissal. See L.R. 16-160(b). Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice and a dismissal order may be filed. See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

IT IS SO ORDERED.

Dated:  September 14, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge